UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNTIED STATES OF AMERICA,

        Plaintiff,                      Case No. 05-80722-1

v.                                      Honorable Patrick J. Duggan

GREGORY McCLAIN,

        Defendant.
                                            /

## JUDGMENT

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan on September 10, 2009.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Defendant Gregory McClain has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion is **DENIED** and **DISMISSED WITH PREJUDICE.**

                                                        s/PATRICK J. DUGGAN
                                                        UNITED STATES DISTRICT JUDGE

Copies to:
Gregory McClain #40609-039
FCI Fort Worth
P.O. Box 15330
Fort Worth, Texas  76119

Ronald Waterstreet, AUSA