United States District Court
Eastern District of Michigan

UNITED STATES OF AMERICA,

Case Number 05-80722-1

Plaintiff,

District Judge PATRICK J. DUGGAN

v.

GREGORY M. MCCLAIN,

_____ Defendant.  /

## ORDER ON APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Having considered the application to proceed *in forma pauperis*;

**IT IS ORDERED** that the application is:

[X]   **GRANTED**.(FOR APPEAL)

[ ]   **IT IS FURTHER ORDERED** that Plaintiff shall arrange for service of the complaint.

[ ]   **IT IS FURTHER ORDERED** that the clerk is directed to process the complaint for service. The clerk shall issue the summons and the United States marshal shall serve a copy of the complaint, summons and this order upon the defendant(s).

[ ]   **DENIED**, for the following reasons:

_____
_____

Date:  January 27, 2010                                    s/PATRICK J. DUGGAN
                                                           UNITED STATES DISTRICT JUDGE

**CERTIFICATION**

I hereby certify that this Order was served on plaintiff and/or counsel of record by U.S. mail or electronic means.

Date:  January 27, 2010                                    s/Marilyn Orem
                                                           Deputy Clerk